IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| BONNIE LIMONE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER GRANTING PLAINTIFF'S MOTION FOR FEES UNDER THE EQUAL JUSTICE ACT, 28 U.S.C. § 2412(d)(1)(A)<br><br><br>Case No. 2:07-CV-243 TS |

    This matter comes before the Court on Plaintiff's Motion for Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A).  The parties stipulate that Defendant agrees to pay Plaintiff a total of $4,042.49 under the EAJA, said payment to constitute a complete release from and bar to any and all claims Plaintiff may be relating to EAJA fees in connection with this action.  It is therefore

    ORDERED that Plaintiff's Motion for Attorney Fees (Docket No. 15) be granted.

1

DATED   October 29, 2007.

                                                BY THE COURT:

                                                _____

                                                TED STEWART
                                                United States District Judge